IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**RONNIE RAY DUGAN**  PETITIONER
Reg #20955-078

VS.  2:17CV00032 BRW-JTK

**GENE BEASLEY**, *Warden*,
**Federal Correctional Complex-Forrest City**  RESPONDENT

## ORDER

I have received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After careful review, I approve and adopt the findings and recommendations in their entirety. Judgment shall be entered accordingly.

IT IS SO ORDERED this 14th day of August, 2018.

      /s/ Billy Roy Wilson
      UNITED STATES DISTRICT JUDGE