IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**RONNIE RAY DUGAN**                                                  **PETITIONER**
Reg #20955-078

**VS.**                  **2:17CV00032 BRW-JTK**

**GENE BEASLEY**, *Warden*,
**Federal Correctional Complex-Forrest City**                       **RESPONDENT**

## JUDGMENT

Based on the Order entered today, Petitioner's habeas petition is DISMISSED with prejudice.

IT IS SO ORDERED this 14th day of August, 2018.

                                                 /s/ Billy Roy Wilson
                                                 UNITED STATES DISTRICT JUDGE